UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

IMAM SAABIR ABDULLAH,
a/k/a SAABIR ABDULLAH,
a/k/a BOBBY LEE WEBBER, JR.,

      Plaintiff,

v.

DEPARTMENT OF HUMAN
SERVICES, et al.,

      Defendants.

_____/

Case No. 1:16-CV-1056

Hon. Gordon J. Quist

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 20, 2016. The Report and Recommendation was duly served on Plaintiff on September 20, 2016, and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 20, 2016 (ECF No. 9) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted.

This case is **concluded**.


Dated: October 14, 2016

          /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE